STATE OF MISSOURI )
)SS
COUNTY OF BUTLER )

### CERTIFICATE OF TRUE COPY

I, CINDI BOWMAN, Clerk of the Circuit Court within and for the County of Butler, State of Missouri, do hereby certify that the attached is a true, accurate and complete copy of the PLAINTIFF'S PETITION, SUMMONS TO CITY OF POPLAR BLUFF, SUMMONS TO DUSTY JOHNSON, MOTION FOR SPECIAL PROCESS SERVER, ORDER GRANTING MOTION FOR SPECIAL PROCESS SERVER, AGENT SERVED (RETURN OF SERVICE ON CITY OF POPLAR BLUFF), SUMMONS PERSONALLY SERVED ON DUSTY JOHNSON, AND COPY OF CASE DOCKET SHEET as the same appears on file and recorded in my office:

Case No. 21BT-CV00500
PAUL HERBST V DUSTY JOHNSON ET AL

WITNESS my hand and SEAL of said Court this 7TH day of APRIL, 2021.

*Brittany Landers*
Cindi Bowman, Circuit Clerk by:
Clerk of the Circuit Court
Butler County, Missouri



**Butler County**

Exhibit A

| Report: CZR0026 v18.0 | | | 36TH JUDICIAL CIRCUIT<br>BUTLER<br>CIRCUIT COURT DOCKET SHEET | | | Date:07-Apr-2021<br>Time: 9:04:35AM<br>Page:1 |
|---|---|---|---|---|---|---|
| **21BT-CV00500** | | **PAUL HERBST V DUSTY JOHNSON ET AL** | | | | **Security Level: 1 Public** |
| **Case Type:** | | CC Pers Injury-Other | | **Case Filing Date:** | 15-Mar-2021 | |
| **Status:** | | Pet Filed in Circuit Ct | | | | |
| **Disposition:** | | | | **Disposition Date:** | | |
| 50%: 11-Mar-2022 | | **90%:** 06-Mar-2023 | **95%:** 02-Sep-2023 | | | **Case Age:** 23 days |
| | | | | Release/Status<br>Change Date | | Reason |
| Judge | | MICHAEL MARTIN PRITCHETT (29611) | | | | |
| Plaintiff | | PAUL HERBST (HERP*0488) | | | | |
| REPRESENTED BY:<br>Attorney for Plaintiff | | DERRICK SHANE KIRBY (47717) | | | | |
| Defendant | | **DUSTY JOHNSON (@44845)** | | | | |
| Defendant | | **CITY OF POPLAR BLUFF (CITYOFPB)** | | | | |

| Filing Date | Description |
|---|---|
| 15-Mar-2021 | **Judge Assigned** |
| | **Pet Filed in Circuit Ct** |
| | Plaintiffs Petition. |
| | **Filed By:** DERRICK SHANE KIRBY |
| | **On Behalf Of:** PAUL HERBST |
| | **Filing Info Sheet eFiling** |
| | **Filed By:** DERRICK SHANE KIRBY |
| 16-Mar-2021 | **Case Review Scheduled** |
| | **Scheduled For:** 27-Sep-2021; 9:00 AM; MICHAEL MARTIN PRITCHETT; **Setting:** 0; Butler |
| | 6 month review |
| | **Summons Issued-Circuit** |
| | Document ID: 21-SMCC-72, for CITY OF POPLAR BLUFF.<br>SUMMONS ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE NET.<br>Please print the summons and any other necessary documents and deliver the summons and pleadings to the sheriff or special process server. Service fees are paid directly to the sheriff or special process server. |
| | **Service/Attempt Date:** 18-Mar-2021 |
| | **Summons Issued-Circuit** |
| | Document ID: 21-SMCC-73, for JOHNSON, DUSTY.<br>SUMMONS ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE NET.<br>Please print the summons and any other necessary documents and deliver the summons and pleadings to the sheriff or special process server. Service fees are paid directly to the sheriff or special process server. |
| | **Service/Attempt Date:** 16-Mar-2021 |
| | **Motion Special Process Server** |
| | Request for Appointment of Special Process Server. |
| | **Filed By:** DERRICK SHANE KIRBY |
| | **On Behalf Of:** PAUL HERBST |
| | **16-Mar-2021**   Motion Granted/Sustained |
| | **Note to Clerk eFiling** |
| | **Filed By:** DERRICK SHANE KIRBY |
| | **Motion Granted/Sustained** |
| | **Order - Special Process Server** |
| 19-Mar-2021 | **Affidavit Filed** |
| | Affidavit of Service - City of Poplar Bluff; Electronic Filing Certificate of Service. |
| | **Filed By:** DEVIN S KIRBY |
| | **On Behalf Of:** PAUL HERBST |
| | **Agent Served** |
| | Document ID - 21-SMCC-72;  Served To - CITY OF POPLAR BLUFF;  Server - MORGAN, JASON;  Served Date - 18-MAR-21;  Served Time - 15:10:33;  Service Type - Special Process Server;  Reason Description - Served;  Service Text - SERVED TIM EDDINGTON |

Report: CZR0026 v18.0

36TH JUDICIAL CIRCUIT
BUTLER
CIRCUIT COURT DOCKET SHEET

Date:07-Apr-2021
Time: 9:04:35AM
Page:2

Case continued from previous page.

| 21BT-CV00500 | PAUL HERBST V DUSTY JOHNSON ET AL | Security Level: 1 Public |

23-Mar-2021  **Notice of Service**
Affidavit of Service - Dusty Johnson; Electronic Filing Certificate of Service.
**Filed By:** DEVIN S KIRBY
**On Behalf Of:** PAUL HERBST
**Summons Personally Served**
Document ID - 21-SMCC-73;   Served To - JOHNSON, DUSTY;   Server - MORGAN, JASON;   Served Date - 16-MAR-21;   Served Time - 14:12:00;   Service Type - Special Process Server;   Reason Description - Served

IN THE CIRCUIT COURT OF BUTLER COUNTY
STATE OF MISSOURI

| | |
|---|---|
| PAUL HERBST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| DUSTY JOHNSON, in his individual and official capacity, | ) |
| | ) |
| Serve at: | ) |
| | ) |
| 1111 Poplar Street | ) |
| Poplar Bluff, Missouri | ) |
| | ) |
| AND | ) |
| | ) |
| THE CITY OF POPLAR BLUFF, | ) |
| | ) |
| Serve at: | ) |
| | ) |
| 501 Vine Street | ) |
| Poplar Bluff, Missouri | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S PETITION

COMES NOW Plaintiff, by and through his counsel, and submits the following Petition against Defendants:

1. At all relevant times, Plaintiff was a resident of the State of Missouri.

2. Defendant Dusty Johnson is a resident of Butler County, Missouri and was, at all relevant times, a police officer employed by the City of Poplar Bluff.

3. Defendant City of Poplar Bluff is a municipal corporation organized and existing under Missouri law.

4. On or about March 18, 2018, Plaintiff was operating a vehicle in Butler County,

Missouri.

5. Defendant Dusty Johnson initiated a stop of the vehicle Plaintiff was driving.

6. Plaintiff stopped his vehicle, existed the vehicle, took approximately three steps and fell to the ground.

7. While lying face down on the ground, Defendant Dusty Johnson and two Butler County Sheriff Deputies handcuffed Plaintiff such that Plaintiff's hands were behind his back.

8. While Plaintiff was laying on the ground subdued and compliant, Defendant Dusty Johnson performed a "knee strike" to Plaintiff's left shoulder.

9. Defendant Dusty Johnson's "knee strike" fractured Plaintiff's left humerus.

10. Venue is proper in this Court as Plaintiff was first injured in Butler County, Missouri.

**Count I**

11. Plaintiff incorporates herein the allegations contained in paragraphs 1-10 above.

12. At all times, Defendant Dusty Johnson was acting under the color of authority as an on-duty police officer for Defendant City of Poplar Bluff.

13. While acting under the color of authority, Defendant Dusty Johnson intentionally performed the "knee strike" with the intent to injure Plaintiff even though Plaintiff was subdued, handcuffed, compliant and posed no threat to anyone.

14. The use of force by Defendant Dusty Johnson was excessive because it was unreasonable in light of the circumstances and clearly in excess of any force required to be used against Plaintiff.

15. A reasonable officer on the scene would not have used such force against Plaintiff under the same or similar circumstances.

16. As a direct and proximate result of the excessive force by Defendant Dusty Johnson, Plaintiff suffered and will continue to suffer physical and emotional injuries and has suffered and will continue to suffer pain, mental anguish, inconvenience, humiliation, embarrassment, loss of the enjoyment of life and stress.

17. As a direct and proximate result of Defendant Dusty Johnson's use of excessive force, Plaintiff has incurred and will continue to incur expenses related to reasonable and necessary medical care and treatment.

18. As a direct and proximate result of Defendant Dusty Johnson's use of excessive force, Plaintiff has been unable to work and has lost, and will continue to lose, wages and income.

19. The conduct of Defendant Dusty Johnson was reckless and callously indifferent to the constitutional rights of Plaintiff, malicious and wanton with respect to those rights, making an award of punitive damages warranted and necessary to punish Defendant Dusty Johnson in his individual capacity and to deter him and others from the same or similar misconduct in the future.

WHEREFORE Plaintiff requests a Judgment in his favor and against Defendant Dusty Johnson for compensatory damages in an amount that is fair and reasonable for his past, present and future physical and emotional injuries, medical expenses, lost wages and income, and emotional pain and suffering, for punitive damages against Defendant Dusty Johnson in his individual capacity, for the costs of this action, including reasonable attorneys' fees, and for such other relief the Court deems just and proper under the circumstances.

### Count II

20. Plaintiff incorporates herein the allegations contained in paragraphs 1-19 above.

21. Plaintiff's constitutional rights were violated as described above.

22. Defendant Dusty Johnson testified under oath that he was trained by Defendant City of Poplar Bluff to conduct a "knee strike" under the circumstances that existed at the time Plaintiff was injured.

23. Accordingly, Defendant City of Poplar Bluff has a custom, practice and encourages its officers to use "knee strikes" and other harmful tactics on subdued citizens who pose no risk of harm to themselves or others.

24. Defendant City of Poplar Bluff's policymaking officials demonstrated deliberate indifference to or tacit authorization of Defendant Dusty Johnson's misconduct after notice of such misconduct.

25. Alternatively, but without waiver of the foregoing, Defendant City of Poplar Bluff's training program was inadequate to train its officers to properly handle reoccurring situations like the one involving Plaintiff in the proper and lawful arrest of citizens and the proper use of force.

26. Defendant City of Poplar Bluff's failure to train in these respects evidenced a deliberate indifference to the rights of others, including Plaintiff.

27. Additionally, and without waiving the foregoing, Defendant City of Poplar Bluff's policymaking officials failed to supervise, control and/or discipline its officers when they engaged in constitutional violations like those set forth above, such that they demonstrated a deliberate indifference to or tacit authorization of such acts on the part of Defendant Dusty Johnson.

28. The acts of the Defendants were taken under color of state law.

29. As a direct and proximate result of the acts and/or omissions of Defendants,

Electronically Filed - Butler - March 15, 2021 - 03:40 PM

Plaintiff suffered physical and emotional injuries and has suffered and will continue to suffer pain of the body and mind, mental anguish, inconvenience, humiliation, embarrassment, loss of the enjoyment of life and stress.

30. As a direct and proximate result of the acts and/or omissions of Defendants, Plaintiff has incurred and will continue to incur expenses related to reasonable and necessary medical care and treatment.

31. As a direct and proximate result of the acts and/or omissions of Defendants, Plaintiff has been unable to work and has lost, and will continue to lose, wages and income.

WHEREFORE Plaintiff requests a Judgment in his favor and against Defendants for compensatory damages in an amount that is fair and reasonable for his past, present and future physical and emotional injuries, medical expenses, lost wages and income, and emotional pain and suffering, for the costs of this action, including reasonable attorneys' fees, and for such other relief the Court deems just and proper under the circumstances.

Respectfully submitted,

The Kirby Law Firm, PC

By: _____
Devin S. Kirby, #56609
Derrick S. Kirby, #47717
100 Jefferson Street
Doniphan, Missouri 63935
(573) 996-4747
(573) 996-5402 Facsimile

Attorneys for Plaintiff



# IN THE 36TH JUDICIAL CIRCUIT, BUTLER COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>MICHAEL MARTIN PRITCHETT | Case Number: 21BT-CV00500 |
| Plaintiff/Petitioner:<br>PAUL HERBST<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DERRICK SHANE KIRBY<br>100 JEFFERSON ST<br>DONIPHAN, MO 63935 |
| Defendant/Respondent:<br>DUSTY JOHNSON ETAL | Court Address:<br>100 NORTH MAIN ST<br>POPLAR BLUFF, MO 63901 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** CITY OF POPLAR BLUFF
Alias:
501 VINE STREET
POPLAR BLUFF, MO 63901

**COURT SEAL OF BUTLER COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_3/16/2021_ _____
Date                                    Clerk _Sheila Leutert_

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____    _____
Printed Name of Sheriff or Server    Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____    _____
                        Date              Notary Public

**Sheriff's Fees, if applicable**
Summons          $_____
Non Est          $_____
Sheriff's Deputy Salary
Supplemental Surcharge  $___10.00___
Mileage          $_____ (_____ miles @ $_____ per mile)
**Total**        $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 36TH JUDICIAL CIRCUIT, BUTLER COUNTY, MISSOURI

| Judge or Division:<br>MICHAEL MARTIN PRITCHETT | Case Number: 21BT-CV00500 |
|---|---|
| Plaintiff/Petitioner:<br>PAUL HERBST<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DERRICK SHANE KIRBY<br>100 JEFFERSON ST<br>DONIPHAN, MO  63935 |
| Defendant/Respondent:<br>DUSTY JOHNSON ETAL | Court Address:<br>100 NORTH MAIN ST<br>POPLAR BLUFF, MO  63901 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** DUSTY JOHNSON
Alias:
1111 POPLAR STREET
POPLAR BLUFF, MO  63901

*COURT SEAL OF*

*BUTLER COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_3/16/2021_      _Sheila Leutert_
Date                                        Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____            _____
Printed Name of Sheriff or Server             Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____   _____
                                    Date                              Notary Public

**Sheriff's Fees, if applicable**
Summons           $_____
Non Est               $_____
Sheriff's Deputy Salary
Supplemental Surcharge   $ __10.00__
Mileage                $_____ (_____ miles @ $_____ per mile)
**Total**                   $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

STATE OF MISSOURI    )
                     )SS.
COUNTY OF BUTLER     )

IN THE CIRCUIT COURT OF BUTLER COUNTY, MISSOURI

| | |
|---|---|
| PAUL HERBST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DUSTY JOHNSON, in his individual ) | |
| and official capacity, ) | |
| ) | Case No. 21BT-CV00500 |
| Serve at: ) | |
| 1111 Poplar Street ) | |
| Poplar Bluff, Missouri ) | |
| ) | |
| AND ) | |
| ) | |
| THE CITY OF POPLAR BLUFF, ) | |
| Serve at: ) | |
| 501 Vine Street ) | |
| Poplar Bluff, Missouri ) | |
| Defendants. ) | |
| ) | |
| Defendants. ) | |

**REQUEST FOR APPOINTMENT OF SPECIAL PROCESS SERVER**

Comes now the Petitioner, Paul Herbst and through his attorney, Devin S. Kirby of The Kirby Law Firm, P.C. and hereby request pursuant to Section 506.140 RSMo., that Rick Plunk, Chris Black and Jason Morgan be appointed special process server in this matter for the sole purpose of serving a summons issued by this Court to Dusty Johnson and The City of Poplar Bluff.

THE KIRBY LAW FIRM, P.C.

SO ORDERED this ____ day of March, 2021

By:____/s/ Derrick S. Kirby____
Derrick S. Kirby, 47717
The Kirby Law Firm P.C.
100 Jefferson Street
Doniphan, Missouri 63935
Telephone (573)996-4747
kirbylaw@windstream.net

_____
The Honorable Michael M. Pritchett

STATE OF MISSOURI )
)SS.
COUNTY OF BUTLER )

IN THE CIRCUIT COURT OF BUTLER COUNTY, MISSOURI

PAUL HERBST, )
)
    Plaintiff, )
)
vs. )
)
DUSTY JOHNSON, in his individual )
and official capacity, )
) Case No. 21BT-CV00500
Serve at: )
1111 Poplar Street )
Poplar Bluff, Missouri )
)
AND )
)
THE CITY OF POPLAR BLUFF, )
Serve at: )
501 Vine Street )
Poplar Bluff, Missouri )
Defendants. )
)
    Defendants. )

### REQUEST FOR APPOINTMENT OF SPECIAL PROCESS SERVER

Comes now the Petitioner, Paul Herbst and through his attorney, Devin S. Kirby of The Kirby Law Firm, P.C. and hereby request pursuant to Section 506.140 RSMo., that Rick Plunk, Chris Black and Jason Morgan be appointed special process server in this matter for the sole purpose of serving a summons issued by this Court to Dusty Johnson and The City of Poplar Bluff.

THE KIRBY LAW FIRM, P.C.

SO ORDERED this **16th** day of March, 2021

*Sheila Leutert*

The Honorable Michael M. Pritchett **/CLERK**



By:_____/s/ Derrick S. Kirby___
Derrick S. Kirby, 47717
The Kirby Law Firm P.C.
100 Jefferson Street
Doniphan, Missouri 63935
Telephone (573)996-4747
kirbylaw@windstream.net

## AFFIDAVIT OF SERVICE

| Case: 21BT-CV00500 | Court: 36th Judicial Circuit Court, Butler Co. | County: Butler, MO | Job: 5463745 (21BT-CV00500) |
|---|---|---|---|
| Plaintiff / Petitioner: PAUL HERBST | | Defendant / Respondent: DUSTY JOHNSON ETAL | |
| Received by: Morgan Process Service | | For: KIRBY LAW FIRM, P.C. | |
| To be served upon: CITY OF POPLAR BLUFF (HUMAN RESOURCES TIM EDDINGTON) | | | |

I, Jason Morgan, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   CITY OF POPLAR BLUFF (HUMAN RESOURCES TIM EDDINGTON), COMPANY: 501 VINE ST, POPLAR BLUFF, MO 63901-7330

Manner of Service:   Personal/Individual, Mar 18, 2021, 4:12 pm CDT

Documents:   Summons (Received Mar 16, 2021 at 1:58pm CDT)

Additional Comments:
1) Successful Attempt: Mar 18, 2021, 4:12 pm CDT at COMPANY: 501 VINE ST, POPLAR BLUFF, MO 63901-7330 received by CITY OF POPLAR BLUFF (HUMAN RESOURCES TIM EDDINGTON).

Jason Morgan    3/19/2021
Date

Morgan Process Service
1356 barron road
Poplar Bluff, MO 63901
573.712.3572

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
3/19/2021    7/22/22
Date    Commission Expires

DARREN SUMMERS
Notary Public - Notary Seal
STATE OF MISSOURI
Butler County
Commission # 14628078
My Commission Expires: 07-22-2022

## AFFIDAVIT OF SERVICE

| Case: 21BT-CV00500 | Court: 36th Judicial Circuit Court, Butler Co. | County: Butler, MO | Job: 5463723 (21BT-CV00500) |
|---|---|---|---|
| Plaintiff / Petitioner: PAUL HERBST | | Defendant / Respondent: DUSTY JOHNSON ETAL | |
| Received by: Morgan Process Service | | For: KIRBY LAW FIRM, P.C. | |
| To be served upon: DUSTY JOHNSON | | | |

I, Jason Morgan, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** DUSTY JOHNSON, COMPANY: 1111 POPLAR ST, POPLAR BLUFF, MO 63901-5509
**Manner of Service:** Substitute Service - Business, Mar 16, 2021, 2:12 pm CDT
**Documents:** Summons (Received Mar 16, 2021 at 1:58pm CDT)

**Additional Comments:**
1) Successful Attempt: Mar 16, 2021, 2:12 pm CDT at COMPANY: 1111 POPLAR ST, POPLAR BLUFF, MO 63901-5509 received by DUSTY JOHNSON. Other: Served;

_____   3/17/2021
Jason Morgan                Date

Morgan Process Service
1356 barron road
Poplar Bluff, MO 63901
573.712.3572

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

3/17/2021          7/22/22
Date               Commission Expires

DARREN SUMMERS
Notary Public - Notary Seal
STATE OF MISSOURI
Butler County
Commission # 14629076
My Commission Expires: 07-22-2022

Electronically Filed - Butler - March 23, 2021 - 11:03 AM