UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Paul Herbst, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Dusty Johnson, et al, )<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | Case No. 4:21-cv-00432-UNA |

**ORDER**

The above styled and numbered case was opened on April 14, 2021 and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:21-cv-00057-SNLJ.

**IT IS FURTHER ORDERED** that cause number 4:21-cv-00432 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: April 14, 2021

By: /s/ Michele Crayton
Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:21-cv-00057-SNLJ.**